UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 25-CR-10058-NMG |
| v. | |
| (2)  ERY JORDANI ROSARIO, A/K/A "JORDANI", A/K/A "RACACHA"; | |
| Defendant. | |

## SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF DETENTION

I, Special Agent Joseph Shapiro, state the following:

1.      On February 19, 2025, investigators with Homeland Security Investigations and the Massachusetts State Police attempted to locate ERY JORDANI ROSARIO ("JORDANI") and place him under arrest.  Investigators utilized investigative techniques related to a phone number ending in 5636 believed to be used by JORDANI in order to locate him and place him under arrest.  This phone number ending in 5636 was the subject of search warrants ordering the disclosure of precision location information ("PLI") and the use of a cell site simulator (*see e.g.,* 25-MJ-6090, 6100).

2.      At approximately 6:00 AM, on February 19, 2025, arrests related to the Indictment had begun to be made and search warrants began to be executed. Among the search warrants executed was a search of JORDANI's residence on Tracy Avenue in Lynn, MA.

3.      JORDANI was not present at the Tracy Avenue residence. During the search, the Defendant's bedroom was identified. This identification of the bedroom to belong to JORDANI was made through information provided by persons present during the search and also through the recovery of items belonging to JORDANI that were found in that bedroom. Among the items found in JORDANI's bedroom were the following:

        a.      A Remington .380 caliber, firearm, bearing serial number RM013246C, with a magazine loaded with six rounds of ammunition;

b.      A custom Trinitario robe, consistent with the one worn by the Defendant in various images in the Detention Affidavit (ECF #10-1, p. 31);

c.      Multiple beaded necklaces;

d.      Multiple beaded bracelets; and

e.      Multiple green bandannas.

4.      Based upon multiple sources of information, I know that a family member of JORDANI sent out a group message on February 19, 2025, at approximately 9:38 AM alerting members and leaders of the Trinitario that AARON DIAZ LIRANZO had been arrested.

5.      While attempting to locate JORDANI, investigators received a final alert from the wireless provider providing the PLI for the 5636 phone number on February 19, 2025, at 10:02:47 AM. Investigators believe this was an indication that JORDANI had turned off the cellular phone associated with the 5636 number.

6.      The wireless provider providing the PLI for the 5636 phone number did not provide an additional alert until February 24, 2025, at 13:02:45 PM, and the PLI continued periodically until February 25, 2025, at 16:52:47 PM at which point no further alerts were provided. Investigators believe the cellular phone associated with the 5636 number was turned off again at 16:52:47 PM and was not turned back on after that time.

7.      In the days following February 19, 2025, multiple human sources informed investigators that JORDANI was planning on leaving the United States via the land border of Mexico and ultimately planning to fly from Mexico into the Dominican Republic. Investigators were familiar with this means of flight as ANGEL SANTOS had evaded authorities pending state warrants by crossing over to Mexico through the border, and fled to the Dominican Republic by way of a flight from Mexico City to Bogota, Colombia, and then to Santo Domingo, Dominican Republic.

8.      Furthermore, investigators were informed that JORDANI was going to attempt to evade arrest by changing his appearance. Specifically, investigators were told that JORDANI ROSARIO was

planning on cutting his hair. I am aware from surveillance reports that JORDANI was observed by investigators on February 4, 2025, with his hair in long dreadlocks consistent with those observed in the Detention Affidavit (ECF #10-1, p. 31). JORDANI is believed to have had his hair in dreadlocks since at least 2021, when the SACALE TOO music video was filmed (ECF #10-1, p. 23-24).

9.      I am aware that JORDANI turned himself in to Lynn Police Department on or about noon on February 28, 2025. I travelled to Lynn Police and participated in the transportation of JORDANI from Lynn Police to the Moakley Courthouse that afternoon.  When I observed JORDANI on February 28, 2025, his hair was no longer in dreadlocks and had been cut consistent with the reports of him cutting his hair.

Attested to under the penalties of perjury on April 2, 2025.


*Joseph Shapiro*
Special Agent Joseph Shapiro
Homeland Security Investigations


CERTIFICATE OF SERVICE

I, Philip A. Mallard, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date:  April 2, 2025                              */s/ Philip A. Mallard*
                                                  Philip A. Mallard
                                                  Assistant United States Attorney